IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| ex rel. | Case No. 6:17-cv-1381-Orl-37GJK |
| ███████████████ | **FILED UNDER SEAL** |
| | **Pursuant to 31 U.S.C. § 3730(b)(2)** |
| Plaintiff, | |
| v. | |
| CPN BIOSCIENCE, LLC, | |
| KERSDALE HOLDINGS, LLC, | |
| MANDEEP TANEJA, | |
| MUNJU TANEJA, | |
| MIHIR TANEJA, | |
| JUGAL TANEJA, | |
| MISCHIK GROUP, LLC, | |
| ADAM MISCIK, | |
| JAMES D. DAWES, | |
| J. DAWES GROUP, LLC, | |
| BELCHER PHARMACEUTICALS, LLC | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)

COMES NOW, Plaintiff/Relator ███████████ and gives this honorable Court notice that the above captioned action is voluntarily dismissed. The United States has indicated it will consent to this dismissal and will do so in a separate filing.

Local Rule 3.01(g) Certification

Undersigned counsel conferred with AUSA Jeremy Bloor and the United States supports the dismissal.

Respectfully submitted this 22 day of ~~March~~, 2018 by

/s/ Dan Eckhart
_____
DANIEL W. ECKHART, ESQUIRE
Florida Bar No.: 48867
DAN ECKHART LAW
www.daneckhartlaw.com
200 East Robinson Street
Suite 1150
Orlando, Florida 32801
Telephone: (407) 203-3730
Mobile: (352) 255-5004
Facsimile: (407) 513-4146
Email for service:
dan@daneckhartlaw.com

EXHIBIT C