IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* ▮

Plaintiffs,

v.

CPN BIOSCIENCE, LLC,
KERSDALE HOLDINGS, LLC,
MANDEEP TANEJA,
MUNJU TANEJA,
MIHIR TANEJA,
JUGAL TANEJA,
MISCHIK GROUP, LLC,
ADAM MISCHIK,
JAMES D. DAWES,
J. DAWES GROUP, LLC,
BELCHER PHARMACEUTICALS, LLC;

Defendants.
_____/

FILED UNDER SEAL

Case No. 6:17-cv-1381-Orl-37GJK

## UNITED STATES OF AMERICA'S
## NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE

The United States of America respectfully files this Notice consenting to the dismissal of this case without prejudice as to the United States. The *qui tam* relator filed a notice of voluntary dismissal of the complaint on March 22, 2018. Under 31 U.S.C. § 3730(b)(1) of the False Claims Act, dismissal of an action brought on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act requires the written consent of the Attorney General.

Accordingly, the United States hereby notifies the Court that the United States consents to the dismissal of this action without prejudice to the rights of the United

States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that this matter remain under seal, for the reasons detailed in the United States' Motion to Maintain Case under Seal, filed with this Notice. The United States further requests that all extension requests and supporting memoranda on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: April 27, 2018

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

by: *[signature]*

JEREMY R. BLOOR
Assistant U.S. Attorney
Florida Bar No. 0071497
Office of the United States Attorney
Middle District of Florida
400 West Washington St., Suite 3100
Orlando, FL 32801
Tele. (407) 648-7500
Fax (407) 648-7588
Jeremy.Bloor@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2018, a true and correct copy of the foregoing motion was sent by United States mail to the following:

Daniel W. Eckhart, Esq.
4767 New Broad Street
Orlando, FL 32814

*[signature]*

Jeremy R. Bloor
Assistant United States Attorney

# EXHIBIT D