IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel* ██████████████████████

Plaintiffs,

v.

CPN BIOSCIENCE, LLC,
KERSDALE HOLDINGS, LLC,
MANDEEP TANEJA,
MUNJU TANEJA,
MIHIR TANEJA,
JUGAL TANEJA,
MISCHIK GROUP, LLC,
ADAM MISCHIK,
JAMES D. DAWES,
J. DAWES GROUP, LLC,
BELCHER PHARMACEUTICALS, LLC;

Defendants.
_____/

**FILED UNDER SEAL**

Case No. 6:17-cv-1381-Orl-37GJK

## UNITED STATES' AND RELATOR'S JOINT AMENDED MOTION TO MAINTAIN CASE UNDER SEAL

The United States of America and Relator respectfully file this amended motion requesting to redact Relator's name and identifying information from any document that will be made public in this matter. Specifically, the United States and Relator request that the Court redact the case caption or re-style the matter as follows:

*United States of America ex rel. John Doe v. CPN Bioscience, LLC; Kersdale Holdings, LLC; Mandeep Taneja; Munju Taneja; Mihir Taneja; Jugal Taneja; Mischik Group, LLC; Adam Mischik; James D. Dawes; J. Dawes Group, LLC; Belcher Pharmaceuticals, LLC.*

1

For the documents already filed in this matter, the United States and Relator submit the attached proposed redactions:

Exhibit A - Complaint with proposed redactions.

Exhibit B - Relator's Notice of Voluntary Dismissal with proposed redactions.

Exhibit C - The United States' Notice of Consent to Dismissal Without Prejudice with proposed redactions.

Exhibit D - A redacted version of this Motion.

The United States and Relator request that their respective motions to keep this case under seal remain sealed, as they discuss confidential matters and detail the relator's identity.

The United States further requests that the United States' extension requests and supporting memoranda on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Wherefore, the United States of America and Relator respectfully request that the Court GRANT this motion, and order the case to be re-styled as *United States of America ex rel. Doe v. CPN Bioscience, LLC, et al.*, order that the Complaint, Relator's Notice of Voluntary Dismissal, the United States' Notice of Consent to Dismissal Without Prejudice, and this Motion all be redacted and unsealed, that the remainder of the Case file remain sealed, and that all future filings in this matter be unsealed.

2

A proposed order accompanies this motion.

Dated: June 12, 2018                                    Respectfully Submitted,

                                                       MARIA CHAPA LOPEZ
                                                       United States Attorney

By: /s/Daniel Eckhart                          by:     _____
DANIEL W. ECKHART                                      JEREMY R. BLOOR
Florida Bar No.: 488674                                Assistant U.S. Attorney
DAN ECKHART LAW                                        Florida Bar No. 0071497
www.daneckhartlaw.com                                  Office of the United States Attorney
4767 New Broad Street                                  Middle District of Florida
Orlando, Florida 32814                                 400 West Washington St., Suite 3100
Telephone: (407) 514-2766                              Orlando, FL 32801
Mobile: (352) 255-5004                                 Tele. (407) 648-7500
Facsimile: (407) 514-2604                              Fax (407) 648-7588
Attorneys for Plaintiff                                Jeremy.Bloor@usdoj.gov
Emails for service:
dan@daneckhartlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2018, a true and correct copy of the

foregoing motion was sent by United States mail to the following:

        Daniel W. Eckhart, Esq.
        4767 New Broad Street
        Orlando, FL 32814

                                               _____
                                               Jeremy R. Bloor
                                               Assistant United States Attorney

3